HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In The Matter Of:<br><br>THE COMPLAINT OF PACIFIC NORTHWEST MARINE COMPANY, a WA Corporation, DBA FREEDOM BOAT CLUB TACOMA, for Exoneration from or Limitation of Liability,<br><br>                    Petitioner. | IN ADMIRALTY<br><br>NO. 3:21-cv-05824-TL<br><br>[PROPOSED] ORDER APPROVING DISBURSEMENT OF REGISTRY FUNDS<br><br>Note on Motion Calendar: April 25, 2023 |

The Court, having reviewed Petitioner's Motion for Disbursement of Registry Funds and the record to date, hereby finds and orders:

1. The security for costs filed by the Limitation Plaintiffs in the amount of $500.00 (Dkt. #11) is hereby cancelled and discharged;

2. In accordance with LCR 67(b), the clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $500.00 plus all accrued interest, minus any statutory users fees, payable to Bauer, Moynihan, & Johnson, LLP, in trust, and mail or deliver the check to Bauer, Moynihan, & Johnson, LLP; and

---

[PROPOSED] ORDER GRANTING
DISBURSEMENT OF REGISTRY FUNDS - 1
Case No.: 3:21-cv-05824-TL

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400

3. This case is hereby CLOSED.

DATED this 26th day of April 2023.

Tana Lin
United States District Judge

PRESENTED BY:

BAUER MOYNIHAN & JOHNSON, LLP

/s/ William P. Jensen
William P. Jensen, WSBA#56305
/s/ Joseph M. Browne
Joseph M. Browne, WSBA#36580
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121
Telephone: (206) 905-3232
Fax: (206) 448-9076
E-mail: wpjensen@bmjlaw.com
         jmbrowne@bmjlaw.com
Attorneys for Petitioner

[PROPOSED] ORDER GRANTING
DISBURSEMENT OF REGISTRY FUNDS - 2
Case No.: 3:21-cv-05824-TL

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON  98121-2320
(206) 443-3400